frivolous conduct of plaintiff-appellant's counsel, pursuant to 22 NYCRR 130-1.1 *et seq.*

This action was marked off the trial calendar due to appellant's complete defiance of discovery orders. Thereafter, instead of making a timely motion to restore, counsel for appellant inappropriately commenced a CPLR article 78 proceeding in this Court. When this failed, counsel let the matter lapse for several more years, and only then moved to restore the action. When the motion was properly denied, counsel filed this appeal, though he knew that the deadline for restoration had clearly passed and that this Court had already rejected appellant's position on the merits in the article 78 proceeding. As an alternative method of avoiding the trial court's decision, counsel attempted to disqualify the Trial Judge by making unfounded accusations of racial and religious bias.

Respondent has expended $8,012.83 in legal fees since January 1, 1996, arising out of the frivolous motion to restore and the equally frivolous appeal therefrom (244 AD2d 188). Accordingly, we order reimbursement of that amount. Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STEPHEN CORYELL CURLEY, a Suspended Attorney, Admitted on April 26, 1976, at a Term of the Appellate Division, First Department. MARK ANTHONY CRISTINI, a Suspended Attorney, Admitted on July 16, 1979, at a Term of the Appellate Division, First Department. CHRISTOPHER EDWARD CONNORS, a Suspended Attorney, Admitted on July 22, 1991, at a Term of the Appellate Division, First Department. JANIS ELLEN COHEN, a Suspended Attorney, Admitted on March 5, 1990, at a Term of the Appellate Division, First Department. [671 NYS2d 209] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective March 12, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 230 AD2d 366.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. CLIFF BRODSKY CHENFELD, a Suspended Attorney, Admitted in 1986, at a Term of the Appellate Division, Second Department. DANA JAMES CHASIN, a Suspended Attorney, Admitted on December 4, 1989, at a Term of the Appellate Division, First Department. ROBIN A. CAPACCIO, a Suspended Attorney, Admitted on March 1, 1978, at a Term of the Appellate Division, Second Department. [685 NYS2d 610] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective March 12,